# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

159736 & (33)(36)(38)(39)(40)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN LYN BEVERLY,
      Defendant-Appellant.

SC:  159736
COA:  346682
Wayne CC:  17-009377-FH

_____/

      On order of the Court, the motion to supplement is GRANTED.  The motion to add issues is GRANTED to the extent that the arguments therein are considered as part of the application for leave to appeal.  The application for leave to appeal the April 17, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motions to expand the record, to remand, and for adjournment are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

t1116